# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHRISTOPHER CLAY,
                    Appellant,

vs.

THE STATE OF NEVADA,
                    Respondent.

No. 71610

FILED

DEC 1 6 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Carolyn Ellsworth, Judge.

The notice of appeal was untimely filed. NRAP 4(b); NRAP 26(a); NRAP 26(c). Because an untimely notice of appeal fails to vest jurisdiction in this court, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
            Cherry

_____, J.
Douglas

_____, J.
                        Gibbons

cc:   Hon. Carolyn Ellsworth, District Judge
      Christopher Clay
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk